# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

LEXINGTON INSURANCE COMPANY,
As Subrogee of Arkansas Steel Associates,
LLC                                                                         PLAINTIFF

v.                              1:19-cv-16-DPM

WIRECO WORLDGROUP, INC.;
CASAR DRAHTSEILWERK SAAR GMBH
d/b/a/ CASAR; YARBROUGH CABLE
SERVICES, LLC; JACO CONSTRUCTION
COMPANY; HEAVY MACHINES, INC.;
MORGAN ENGINEERING SYSTEMS, INC.;
and JOHN DOES, I through X                           DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice. All cross-claims are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 July 2019